___FILED  ___ENTERED
___LODGED ___RECEIVED

**NOV 3 0 2006**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR06 0438 MJB |
| Plaintiff, | INFORMATION |
| v. | |
| JAMES A. PULSIFER, | (MISDEMEANOR) |
| Defendant. | |

The United States Attorney charges that:

### COUNT 1

### (Misrepresentation of a Material Fact)

Beginning on or about May 17, 2004, and continuing until on or about June 24, 2004, in Seattle, within the Western District of Washington, JAMES A. PULSIFER knowingly made a false statement or representation of a material fact, knowing it to be false, in a document, report or other information required to be filed with the United States Department of Labor.

INFORMATION/JAMES A. PULSIFER 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  All in violation of Title 29, United States Code, Section 439(b).

2

3  DATED this 30̃ day of November, 2006.

4

5  _____
6  JOHN McKAY
   United States Attorney
7

8  _____
   ANNETTE L. HAYES
9  Assistant United States Attorney

10
11 _____
   PATRICIA C. LALLY
12 Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION/JAMES A. PULSIFER 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970